# Exhibit A



# Statement

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

DATE: 02/13/12
MATTER #: 303300

**TO:** David J. Fioccola
**Morrison & Foerster LLP**
1290 Avenue of the Americas
New York, NY 10104-0050

DFioccola@mofo.com
invoice@examen.com

### PROJECT
*Trombley v Bank of America*
*LMN: 874276*

### Invoicing History

| Invoice Date | Invoice # | Amount | Payments | Balance |
|---|---|---|---|---|
| 08/30/11 | 11-1902 | 3,532.51 | (3,532.51) | - |
| 10/27/11 | 11-2171 | 36,541.66 | (36,541.66) | - |
| 11/28/11 | 11-2305 | 42,711.41 | (42,711.41) | - |
| 12/28/11 | 11-2481 | 9,820.10 | - | 9,820.10 |
| 01/25/12 | 11-2601 | 6,394.03 | - | 6,394.03 |

**Total Invoiced**           $   98,999.71

**Total Payments**                       $   (82,785.58)

**Balance Due**                                      $   16,214.13

**WIRE INFORMATION**
ACCOUNT #: 8093434387
ABA/ROUTING # WIRE or ACH: 111014325
BANK: BANK OF TEXAS, DALLAS, TX 75225
BANK CONTACT: MAYRA LANDEROS  214.987.8817
REFERENCE: INVOICE NUMBER

**PAYMENT TERMS: NET DUE UPON RECEIPT**